IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | 6:17-CR-60 <br> JUDGE |
| CONRADO DEPAZ ARRELLANO (1) <br> MARIO IVAN MARTINEZ (2) | § § § | |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

> Violation: 21 U.S.C. § 846 (Conspiracy to Possess With Intent to Distribute and Distribute Cocaine)

Beginning at least by January 2017, the exact date unknown to the Grand Jury, and continuing thereafter through on or about August 3, 2017, in the Eastern District of Texas, in the Western District of Texas, and elsewhere, **Conrado Depaz Arrellano** and **Mario Ivan Martinez**, defendants, did knowingly and intentionally combine, conspire, and agree together with each other, and with other persons known and unknown to the Grand Jury, to possess with intent to distribute and distribute 500 grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

In violation of 21 U.S.C. § 846.

Indictment – Page 1

# NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

## Pursuant to 21 U.S.C. § 853 and 28 U.S.C. § 2461

As the result of committing the foregoing offense alleged in this indictment, defendants herein shall forfeit to the United States, pursuant to 21 U.S.C. § 853 and 28 U.S.C. § 2461, any property constituting, or derived from, proceeds the persons obtained, as the result of such violations; and any and all personal property used or intended to be used to commit the offenses, including but not limited to the following:

**Money Judgment**
$160,000.00 in United States currency and all interest and proceeds traceable thereto, in that such sum is property constituting, or derived from, proceeds obtained by the defendants, as the result of the foregoing offense alleged in this indictment.

**Substitute Assets**
If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendants –
  (a)   cannot be located upon the exercise of due diligence;
  (b)   has been transferred or sold to, or deposited with a third person;
  (c)   has been placed beyond the jurisdiction of the court;
  (d)   has been substantially diminished in value; or
  (e)   has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of defendants up to the value of the above forfeitable property, including but not limited to all property, both real and personal, owned by the defendants.

By virtue of the commission of the offenses alleged in this indictment, any and all interest the defendants have in the above-described property is vested in the United States and hereby forfeited to the United States pursuant to 21 U.S.C. § 853 and 28 U.S.C. § 2461.

A TRUE BILL,

Date: 8-16-2017

FOREPERSON OF THE GRAND JURY

BRIT FEATHERSTON
ACTING UNITED STATES ATTORNEY

ALLEN H. HURST
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | 6:17-CR-_____ JUDGE _____ |
| CONRADO DEPAZ ARRELLANO (1) MARIO IVAN MARTINEZ (2) | § § | |

## NOTICE OF PENALTY

### Count One

| | |
|---|---|
| Violation: | 21 U.S.C. § 846 |
| Penalty: | Imprisonment for a term of not less than 5 years or more than 40 years, a fine not to exceed $5,000,000, or both. A term of supervised release of at least 4 years in addition to such term of imprisonment. |
| Special Assessment: | $100.00 |